IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICHARD JOZWIAK, et al.          *

       Plaintiffs

v.                                *    Civil Action No.: WMN 01-CV-3331

SULZER ORTHOPEDICS, INC., et al.  *

       Defendants.               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION TO EXTEND TIME TO FILE OPPOSITION

Plaintiffs and Defendant, Suburban Hospital, Inc., by and through their undersigned counsel, hereby stipulate and agree that Plaintiffs shall have until December 17, 2001, to respond to Defendant Suburban Hospital's Motion to Dismiss.

_____
David B. Goldstein, Esquire
Brooke Schumm III, Esquire
DANEKER, MCINTIRE, SCHUMM, PRINCE,
GOLDSTEIN, MANNING & WIDMANN, P.C.
210 N. Charles Street, Suite 800
Baltimore, MD 21201
(410) 649-4747
Attorneys for Plaintiffs, Richard and Sally Jozwiak

_____
S. Allan Adelman, Esquire
Michael von Diezelski
ADELMAN, SHEFF & SMITH, LLC
200-A Monroe Street, Suite 310
Rockville, Maryland 20850
(301) 340-1140
Attorneys for Defendant, Suburban Hospital, Inc.

1

"APPROVED" THIS 5th DAY OF December, 2001
_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December, 2001, I caused a copy of the foregoing to be mail, first class, postage prepaid, to Thomas J.S. Waxter, III, Esquire, Goodell, DeVries, Leech & Dann, LLP, One South Street, 20th Floor, Baltimore, Maryland 21202, and to Michael von Diezelski, Esquire, Adelman, Sheff & Smith, LLC, 200-A Monroe Street, Suite 310, Rockville, Maryland 20850.

_____
David B. Goldstein/Brooke Schumm III