IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jozwiak et al

Plaintiff(s)

vs.   Civil No.: WMN-01-3331

Sulzer Orthopedics, Inc., et al

Defendant(s)

\*\*\*\*\*\*

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 7th day of December, 2001,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

William M. Nickerson
United States District Judge