IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

**RECEIVED DEC 20 2001**

RICHARD JOZWIAK, et al          :

              JUDGE WILLIAM M. NICKERSON

      Plaintiffs

      v.                              :   Case No. WMN01CV3331

SULZER ORTHOPAEDICS, INC., et al :

      Defendants                       :

## LINE

Will the Clerk of the Court please withdraw the appearance of Michael I. Joseph of Adelman, Sheff & Smith and substitute Michael E. von Diezelski of Adelman, Sheff & Smith as attorneys for Defendant Suburban Hospital, Inc.

              ADELMAN, SHEFF & SMITH

              _/s/ Michael I. Joseph_
              Michael I. Joseph

              _/s/ Michael E. von Diezelski_
              Michael E. von Diezelski
              200-A Monroe Street
              Suite 310
              Rockville, Maryland 20850
              301 340 1140
              Counsel for Defendant Suburban
                Hospital, Inc.

LAW OFFICES
ADELMAN, SHEFF
& SMITH, LLC
200-A Monroe Street
Suite 310
Rockville, Maryland 20850
(301) 340-1140

" **APPROVED** " THIS **20th** DAY
OF **December**, 20 **01**

_/s/ W.M. Nickerson_
UNITED STATES DISTRICT JUDGE